UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. MARK A. BARNETT, CHIEF JUDGE

---------------------------------------------------------------- X
WESTERN POTTERY GROUP INC.,               :
                                          :
    Plaintiff,                       :
                                          :
v.                                        :   Court No. 15-00274
                                          :
UNITED STATES OF AMERICA,                 :
                                          :
    Defendant.                       :
---------------------------------------------------------------- X

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action hereby dismisses this action, with prejudice.

Respectfully submitted,

/s/ John M. Peterson
John M. Peterson
Patrick B. Klein
NEVILLE PETERSON LLP
One Exchange Plaza
55 Broadway, Suite 2602
New York, NY 10006
(212)-635-2730
jpeterson@npwny.com
*Counsel for Plaintiff*

BRIAN M. BOYNTON
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

By: /s/ Justin R. Miller
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

/s/ Edward Kenny
EDWARD KENNY
Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza – Suite 346
New York, New York 10278
(212) 264-9237
*Attorneys for Defendant*

Dated: April 29, 2021

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. MARK A. BARNETT, CHIEF JUDGE

---------------------------------------------------------- X
WESTERN POTTERY GROUP INC.,                               :
                                                          :
    Plaintiff,                         :
                                                          :
  v.                                              :   Court No. 15-00274
                                                          :
UNITED STATES OF AMERICA,                                 :
                                                          :
    Defendant.                          :
---------------------------------------------------------- X

## ORDER OF DISMISSAL

This action, having been voluntarily stipulated for dismissal by all parties having appeared in the action, is dismissed with prejudice.

Dated: _____

                    Clerk, U. S. Court of International Trade

                    By: _____
                                Deputy Clerk